

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven H. Lucore; Judy L. Lucore <br><br> **Appellants,** <br> V. <br><br> Specialized Loan Servicing LLC; <br> as servicer for Wells Fargo Bank, N.A. as <br> Trustee for the Certificateholders of the <br> LMT 2006-9 Trust <br><br> **Appellee.** | **Civil Action No.** 17cv0308-JLS-MDD <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court affirms the bankruptcy court's decision to lift the bankruptcy stay.

Date: 3/22/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy